# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-------------------------------------------------------------------X        Index No.

MENDEL ROSENBERG and ARLINGTON RETREAT
LLC,                                                                               **SUMMONS**

                                                      Plaintiff,

                                                                            Plaintiff's Address:
          -against-                                                         44 Virginia Avenue
                                                                            Monroe, NY 10950
AMGUARD INSURANCE COMPANY.

                                                      Defendant.           *The basis of the venue*
-------------------------------------------------------------------X        *designated is:*
                                                                            Plaintiff's Address


          **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer on the Plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York and in case of your failure to Answer, judgment will be taken against you by default for the relief demanded in the annexed Complaint with interest from the date the cause of action arose, costs, disbursements and attorneys fees.

Dated: New York, New York
          February 13, 2025

                                                            **MOLOD SPITZ & DeSANTIS, P.C.**
                                                            Attorneys for Plaintiff

                                        By: _____
                                                            JACK GLANZBERG, ESQ.
                                                            1430 Broadway, 21st Floor
                                                            NEW YORK, NY 10018
                                                            Tel: (646) 627-7181
                                                            Fax: (212) 869-4242
                                                            Our File No.: JMNY-7030
                                                            **jglanzberg@molodspitz.com**


TO:      AMGUARD INSURANCE COMPANY
          39 Public Square
          Wilkes-Barre, PA 18703


1

INDEX NO. EF001556-2025
Case 7:25-cv-02508-NSR-VR    Document 1-1    Filed 03/26/25    Page 3 of 10
RECEIVED NYSCEF: 02/13/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-------------------------------------------------------------------X
MENDEL ROSENBERG and ARLINGTON RETREAT
LLC,

                        Plaintiffs,

        -against-

  AMGUARD INSURANCE COMPANY.

                       Defendant.
-------------------------------------------------------------------X

Index No.

**COMPLAINT**

Plaintiffs, by their attorneys, **MOLOD SPITZ & DeSANTIS, P.C.**, as and for their Complaint, herein allege upon information and belief as follows:

1. At all times hereinafter mentioned, Plaintiff ARLINGTON RETREAT LLC, was and still is a domestic limited liability company duly existing and created under the laws of the State of New York, and maintains a principal place of business located at 44 Virgina Avenue, Monroe, NY 10950.

2. At all times hereinafter mentioned, Plaintiff MENDEL ROSENBERG is an individual residing in the State of New York, Monroe County.

3. At all times hereinafter mentioned, Plaintiffs maintained an ownership interest and/or insurable interest in the property located at 3 Arlington Drive, Monroe, NY 10950 (hereinafter the "subject premises").

4. At all times hereinafter mentioned, Defendant AMGUARD INSURANCE COMPANY (hereinafter "AMGUARD") was and still is a corporation authorized, licensed, admitted and/or engaged in the business of providing insurance and being an insurer in the State of New York, and located at 39 Public Square, Wilkes-Barre, PA 18703.

2

5. At all times hereinafter mentioned, Defendant was and is authorized by the Department of Financial Services of the State of New York to engage in the business of insurance in the State of New York and to issue policies of insurance including the policy herein sued upon.

### AS AND FOR A FIRST CAUSE OF ACTION

6. On or about January 10, 2023, Defendant AMGUARD made, issued and/or renewed to Plaintiffs for good and valuable consideration a certain policy of insurance bearing policy number MEHO443359 wherein and whereby Defendant did insure the subject premises.

7. That on or about February 23, 2023, while said policy was in full force and effect, Plaintiffs suffered a loss by a covered peril of the property insured by Defendant.

8. As a result of the loss, Plaintiffs sustained significant damage to the dwelling, as well as personal property damage and loss of use/income.

9. Defendant has declined to fully indemnify Plaintiffs for the loss sustained although claim has been duly made and all conditions of the policy have been met.

10. To date, Defendant has only reimbursed Plaintiffs for the damage to the dwelling but has refused or otherwise failed to remit payment for Plaintiffs' personal property damage and loss of use/income.

11. As a result of the loss, Plaintiffs sustained personal property damage and loss of use/income in excess of policy limits, which was/is $52,402.00 & $157,206.00, respectively.

12. As a result of Defendant's breach of contract, Plaintiffs seek damages in the sum of at least $209,608.00, with interest from February 23, 2023.

**WHEREFORE,** it is respectfully requested that Plaintiff have judgment against Defendant on the First cause of action in the sum of at least $209,608.00, with interest from February 23, 2023, and for costs and disbursements of this action.

3

Dated: New York, New York
       February 13, 2025

MOLOD SPITZ & DeSANTIS, P.C.
Attorneys for Plaintiff

By: _____
JACK GLANZBERG, ESQ.
1430 Broadway, 21st Floor
NEW YORK, NY 10018
Tel: (646) 627-7181
Fax: (212) 869-4242
Our File No.: JMNY-7030
jglanzberg@molodspitz.com

4



## Department of Financial Services

**KATHY HOCHUL**
Governor

**ADRIENNE A. HARRIS**
Superintendent

STATE OF NEW YORK

Supreme Court, County Of Orange

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

EF001556-2025

Mendel Rosenberg and Arlington Retreat LLC                    Plaintiff(s)


against


                                                              Defendant(s)

AmGUARD Insurance Company

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

RE :AmGUARD Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for  Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons and Verified Complaint Notice of E-Filing in the above entitled action on February 19, 2025 at Albany, New York. The $40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

Molod Spits & DeSantis P.C.
1430 Broadway, 21st Floor
New York, New York 10018

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

Brian Henes
AmGUARD Insurance Company
39 Public Square
Wilkes-Barre, Pennsylvania 18701

**Rawle Lewis**
**Director of Producer Licensing**

Dated Albany, New York, February 25, 2025
765671                    alic0phd

**Yale Glazer**

---

| | |
|---|---|
| **From:** | Jack Glanzberg <jglanzberg@molodspitz.com> |
| **Sent:** | Tuesday, March 4, 2025 5:11 PM |
| **To:** | Yale Glazer |
| **Subject:** | RE: [EXTERNAL] Claim No.: MEHO443359-001-001-001 Arlington Retreat, LLC, v. AmGuard Insurance Company, Our File No.: JMNY-7030 |

**[WARNING]** This email is from an **EXTERNAL** sender. **Do not click** on links or attachments unless you expect them from the sender and know the content is safe.

Sole member is mendel Rosenberg. Lives in NY.

**Jack Glanzberg**
Molod Spitz & DeSantis, P.C.
1430 Broadway, 21st Floor
New York, NY  10018
P (212) 869-3200
D (646) 627-7181
F (212) 869-4242
jglanzberg@molodspitz.com
www.molodspitz.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and /or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**From:** Jack Glanzberg
**Sent:** Tuesday, March 4, 2025 4:38 PM
**To:** Yale Glazer <yglazer@lpgmlaw.com>
**Subject:** RE: [EXTERNAL] Claim No.: MEHO443359-001-001-001 Arlington Retreat, LLC, v. AmGuard Insurance Company, Our File No.: JMNY-7030

Welcome aboard. I will inquire and advise.

**Jack Glanzberg**
Molod Spitz & DeSantis, P.C.
1430 Broadway, 21st Floor
New York, NY  10018
P (212) 869-3200
D (646) 627-7181
F (212) 869-4242
jglanzberg@molodspitz.com
www.molodspitz.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and /or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Yale Glazer <yglazer@lpgmlaw.com>
**Sent:** Tuesday, March 4, 2025 4:35 PM
**To:** Jack Glanzberg <jglanzberg@molodspitz.com>
**Subject:** FW: [EXTERNAL] Claim No.: MEHO443359-001-001-001 Arlington Retreat, LLC, v. AmGuard Insurance Company, Our File No.: JMNY-7030

********** EXTERNAL EMAIL **********

Jack:

I was retained for this matter and running conflicts now.  Can you provide identity of each member of Plaintiff Arlington Retreat LLC and their respective residency and domicile please?

Thanks,
Yale

**Yale Glazer**
**Partner**
**Lazare Potter Giacovas & Moyle LLP**
747 Third Avenue, 16th Floor
New York, New York  10017
Direct: (212) 784-3291; Mobile: (201) 247-7913

**From:** Shadeen Wilson <swilson@molodspitz.com>
**Sent:** Friday, February 28, 2025 5:03 PM

2

**To:** Claims Processing - BH GUARD <Claims@guard.com>
**Cc:** Jack Glanzberg <jglanzberg@molodspitz.com>; Murad Sardar <msardar@molodspitz.com>
**Subject:** [EXTERNAL] Claim No.: MEHO443359-001-001-001 Arlington Retreat, LLC, v. AmGuard Insurance Company, Our File No.: JMNY-7030

**CAUTION: This email originated from outside of BH Insurance.**



Good evening Mr. Lee,

Enclosed please find our Summons & Complaint against your company AmGuard Insurance Company. On February 13, 2025, my firm filed a lawsuit on behalf of our clients Mendel Rosenberg and Arlington Retreat LLC, in the Supreme Court of Orange County against their insurance carrier AmGuard Insurance Company. Also, your company was served with this lawsuit on February 25, 2025, by the New York State Department of Financial Services.  Please advise whether you will assign counsel to answer the complaint. If you have any questions, please don't hesitate to contact the handling attorney Jack Glanzberg at the email address listed above or at (646) 627-7181.

Sincerely,

**Shadeen Wilson (Paralegal)**
Molod Spitz & DeSantis, P.C.
1430 Broadway, 21st Floor
New York, NY  10018
P (212) 869-3200 Ext. 130
F (212) 869-4242
Swilson@molodspitz.com
www.molodspitz.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and /or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

LEAP Email Reference |F:9e72c7f4-2392-4fd6-80ae-d0264ef6b83f|M:b12dd6f0-18bd-fe40-b713-23f9d27a5c30|O:804dd22d-f8b1-9c4a-91a6-38420da6a4fc| (Please do not delete)

3

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.