UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Rosenberg, et al.,

                              Plaintiffs,

-against-

AmGUARD Insurance Company,

                             Defendants.
----------------------------------------------------------------X

25-cv-2508

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    On September 18, 2025, the Court directed the parties to submit a joint status letter to the Court by no later than October 31, 2025, updating the Court on the status of discovery. (ECF No. 15). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due **November 7, 2025**.

    **SO ORDERED.**

DATED:    White Plains, New York
                September 15, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge