# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018
PHONE (212) 869-3200 FAX (212) 869-4242

mdolan@molodspitz.com

www.molodspitz.com

November 6, 2025

**<u>VIA ECF</u>**
Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, NY 10601

> Re: Mendel Rosenberg, et al. v. AmGuard Insurance Company.
> Case No.: 25-cv-02508-NR-VR
> File No.: JMNY-7030

Dear Hon. Judge Roman:

I represent the plaintiffs, Mendel Rosenberg and Arlington Retreat LLC, in the above-referenced action. This letter is to notify the Court that this matter has been settled, and is written with the consent of my adversary, Yale Glazer, Esq. The Stipulation of Discontinuance will be filed once payment of the settlement proceeds has been received by our office.

Thank you for your attention to this matter and the Court's assistance in resolving this dispute.

Respectfully submitted,

MOLOD SPITZ & DeSANTIS, P.C.
<u>By</u>: *Mary B. Dolan-Roche*
Mary B. Dolan-Roche

MD:sw