USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/18/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MENDEL    ROSENBERG    and    ARLINGTON
RETREAT LLC,

                              Plaintiffs,                    Docket No.: 25 CV 2508 (NSR)
                                                            (VR)

          - against -
                                                            **STIPULATION OF
AMGUARD INSURANCE COMPANY,                                   DISMISSAL WITH
                                                            PREJUDICE**
                              Defendant.

          IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that all claims are hereby dismissed with prejudice, without costs, attorneys' fees or disbursements to any party against any other. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       October 03, 2025

LAZARE POTTER GIACOVAS                        MOLOD SPITZ & DeSANTIS, P.C.
& MOYLE LLP

By: _____                  By: _____
      Yale Glazer                                   Murad Sardar
747 Third Avenue, 16th Floor                  1430 Broadway, 21st Floor
New York, New York 10017                      New York, New York 10018
(212) 758-9300                                (646) 627-7181
Attorneys for Defendant                       Attorneys for Plaintiffs


**Dated: November 18, 2025**
**White Plains, New York**

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE